

FILED
MAY 10 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Dakota Steven Proctor        3550075
Derrick Wayne Walker         3558766

_(Enter above the full name of the plaintiff or plaintiffs in this action)._     _(Inmate Reg. # of each Plaintiff)_

**VERSUS**     CIVIL ACTION NO. 2:19-cv-00398
_(Number to be assigned by Court)_

South Central Regional Jail

_(Enter above the full name of the defendant or defendants in this action)_

## COMPLAINT

I.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____   No __X__

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

    Plaintiffs: Dakota Steven Proctor

    Defendants: Kanawha Co. Sheriff Brent Bourchers

2. Court (if federal court, name the district; if state court, name the county):

    Southern

3. Docket Number: ?

4. Name of judge to whom case was assigned: ?

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    Pending

6. Approximate date of filing lawsuit: 4-11-19

7. Approximate date of disposition: ?

2

II. Place of Present Confinement: South Central regional Jail

A. Is there a prisoner grievance procedure in this institution?

Yes _X_    No ____

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes _X_    No ____

C. If you answer is YES:

1. What steps did you take? I went through every step possible.

2. What was the result? nothing

D. If your answer is NO, explain why not: ____

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff: Dakota Proctor

Address: 1001 Centre way charleston WV 25309

B. Additional Plaintiff(s) and Address(es): Derrick Walker 1001 centre way charleston WV 25309

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: _____

    is employed as: _____

    at _____

D. Additional defendants: _____

_____

_____

_____

IV. **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_____

_____

_____

_____

_____

_____

_____

_____

IV.   Statement of Claim (continued):

_____
_____
_____
_____
_____
_____
_____
_____

V.    Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments. Cite no cases or statutes.

Monetary relief_____
_____
_____
_____
_____
_____
_____

5

V.     **Relief (continued)):**

_____
_____
_____
_____
_____

VII.     **Counsel**

    A.     If someone other than a lawyer is assisting you in preparing this case, state the person's name:

    _____

    B.     Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____      No __X__

    If so, state the name(s) and address(es) of each lawyer contacted:

    _____
    _____

    If not, state your reasons: _Porse, I filed this myself_

    _____

    C.     Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____      No __X__

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20____.

_____

_____

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 25, 2019_____.
　　　　　　　　　(Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

Derrick Wayne Walker and Dakota Steven Proctor are in B6 cell 1 and have been for 4 weeks, our Toliet has been leaking for 3 weeks now spilling waist water on the floor and Derrick Walker sleeps laying on the floor by the toilet & his Bed has been getting wet from the toliet. We both have expressed to the C.O's and shift supervisor about our situation, we have put in grivences and the replys back have been "I'll see what I can do" and nothing has been done. We have asked for plastic Boats to be off the floor and or to be moved and we have been ignored. Dakota Proctor has slipped and fell from the water being on the floor and he has suffered injuries and has went to medical staff over them. These living conditions are unsaintary and we shouldnt have to live like this.

Derrick Wayne Walker
3558766
*Walker* (signature)

Dakota Steven Proctor
3551007S
(signature)