# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON

**DERRICK WAYNE WALKER,**

    **Plaintiff,**

**v.**                                                   **Case No. 2:19-cv-00398**

**SOUTH CENTRAL REGIONAL JAIL,**

    **Defendant.**

## PROPOSED FINDINGS AND RECOMMENDATION

This matter is assigned to the Honorable Thomas E. Johnston, Chief United States District Judge, and it is referred to the undersigned United States Magistrate Judge for submission of proposed findings and a recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).

On May 22, 2019, the Clerk was directed to open this civil action to address a Complaint filed by the plaintiff under 42 U.S.C. § 1983 (ECF No. 2), concerning his conditions of confinement at the South Central Regional Jail. However, the plaintiff failed to pay the applicable $400 filing fee or file an Application to Proceed Without Prepayment of Fees and Costs ("Application").

By Order and Notice entered on June 11, 2019, the plaintiff was ordered to either pay the applicable filing fee or file an Application form and to file an Amended Complaint by June 21, 2019, so that this matter could proceed. (ECF No. 4). The Order and Notice warned that the failure to comply therewith would result in a recommendation to dismiss this matter. The plaintiff failed to comply with the court's Order and Notice and has failed to communicate in any way with the court since the filing of his Complaint, including

providing updated contact information in accordance with Local Rule 83.6 of the Local Rules of Civil Procedure for the United States District Court for the Southern District of West Virginia.

The court is unable to move this matter forward and the responsibility for the delay in the progress of this matter is entirely on the plaintiff.  Accordingly, dismissal appears to be the only appropriate sanction.  However, because the defendants were never served with process, a dismissal without prejudice may be less drastic.

## **RECOMMENDATION**

The undersigned proposes that the presiding District Judge **FIND** that the plaintiff has failed to prosecute this civil action.  Therefore, it is respectfully **RECOMMENDED** that the presiding District Judge **DISMISS** this matter for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The plaintiff is notified that this Proposed Findings and Recommendation is hereby **FILED**, and a copy will be submitted to the Thomas E. Johnston, Chief United States District Judge.  Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(C), and Rules 6(d) and 72(b), Federal Rules of Civil Procedure, the plaintiff shall have fourteen days (filing of objections) and then three days (service/mailing), from the date of filing this Proposed Findings and Recommendation within which to file with the Clerk of this Court, specific written objections, identifying the portions of this Proposed Findings and Recommendation to which objection is made, and the basis of such objection.  Extension of this time period may be granted by the presiding District Judge for good cause shown.

Failure to file written objections as set forth above shall constitute a waiver of *de novo* review by the District Court and a waiver of appellate review by the Circuit Court of

Appeals. *Snyder v. Ridenour*, 889 F.2d 1363 (4th Cir. 1989); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984). Copies of such objections shall be served on Chief Judge Johnston.

The Clerk is directed to file this Proposed Findings and Recommendation, to transmit a copy to counsel of record, and to mail a copy to the plaintiff.

August 29, 2019

Dwane L. Tinsley
United States Magistrate Judge